# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

BRIDGET GORDON and MITCHELL GORDON,

        Plaintiffs,

v.                                                  Case No: 6:08-cv-73-Orl-36KRS

KEVIN BEARY and RONALD WILCOX,

        Defendants.
_____/

## ORDER

This cause comes before the Court upon the Report and Recommendation filed by United States Magistrate Judge Karla R. Spaulding on April 24, 2012 (Doc. 167). In the Report and Recommendation, Judge Spaulding recommends that the Court deny Defendants' Kevin Beary and Ronald Wilcox's Renewed Motion for Attorney's Fees, filed on December 16, 2011 (Doc. 163). Neither party has objected to the Report and Recommendation and the time to do so has expired.

The Court is in agreement with the Magistrate Judge that because all of the state law causes of action arose from the same facts and circumstances as the Plaintiffs' 42 U.S.C. § 1983 civil rights claims, federal law preempts an award of attorney's fees under Florida Statute § 768.79. Doc. 167, pp. 3-5; *see Jones v. United Space Alliance, LLC,* 494 F.3d 1306, 1310-11 (11th Cir. 2007) (finding federal law preempts an award of attorney's fees under section 768.79 for work performed on state law claims that were joined with federal claims brought under Title VII); Fla. Stat. § 768.79 . Accordingly, after careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of

the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 167) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Defendants Kevin Beary and Ronald Wilcox's Renewed Motion for Attorney's Fees, filed on December 16, 2011 (Doc. 163) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on June 28, 2012.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**Copies furnished to:**
Counsel of Record
Unrepresented Parties
U.S. Magistrate Judge Karla R. Spaulding