**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

BRIDGET GORDON and MITCHELL
GORDON,

        Plaintiffs,

v.                                 Case No: 6:08-cv-73-Orl-36KRS

KEVIN BEARY and RONALD WILCOX,

        Defendants.
_____/

**ORDER**

This cause comes before the Court upon the Report and Recommendation filed by United States Magistrate Judge Karla R. Spaulding on July 27, 2012 (Doc. 171). In the Report and Recommendation, Judge Spaulding recommends that the Court grant in part and deny in part Plaintiffs Bridget Gordon and Mitchell Gordon's ("Plaintiffs") Renewed Objection to Taxation of Costs, filed on December 22, 2011 (Doc. 164). No party has objected to the Report and Recommendation and the time to do so has expired.

The Court is in agreement with the Magistrate Judge's recommendations to sustain the objection to $35.00 in copying costs, overrule the objections to the hearing and depositions transcripts costs, and sustain the objection to the video deposition and its associated costs. Doc. 171, pp. 5-9.[1] Therefore, after careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is

---

[1] The taxation of costs is computed as follows: $17,351.89 requested costs - $35.00 cost of copies of Social Security Administration Records - $1,085.63 cost of videotaping deposition = $16,231.26. Doc. 171, p. 9, n. 1.

of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 171) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Plaintiffs' Renewed Objection to Taxation of Costs, filed on December 22, 2011 (Doc. 164) is **GRANTED in part and DENIED in part**.

3. The Clerk is directed to tax costs against Plaintiffs and in favor of Sheriff Beary in the amount of $16, 231.26.

4. The Clerk is further directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on August 13, 2012.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**Copies furnished to:**
Counsel of Record
Unrepresented Parties
U.S. Magistrate Judge Karla R. Spaulding